Natasha S. Fedder (SBN 325919)
**SCALE LLP**
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
(415) 735-5933
nfedder@scalefirm.com

*Counsel for Plaintiff Empower Retirement, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPOWER RETIREMENT, LLC, | No. 2:22-cv-00489-KJM-CKD |
| Plaintiff, | |
| v. | **ORDER DIRECTING CLERK TO MAIL SERVICE** |
| JOSEPH R. DIAZ, | |
| Defendant. | |

ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT:

    The Clerk mail copies of the Order and Judgment issued in the above-captioned case on March 30, 2023, Doc. Nos. 25 and 26, via United States Mail to Defendant Joseph R. Diaz at the following address:

Joseph R. Diaz

1379 Crestwood Ave

Manteca, CA 95336

    SO ORDERED.

    This order resolved ECF No. 27.

Dated: April 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE