Natasha S. Fedder (SBN 325919)
**SCALE LLP**
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
(415) 735-5933
nfedder@scalefirm.com

*Counsel for Plaintiff Empower Retirement, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPOWER RETIREMENT, LLC, | No. 2:22-cv-00489-KJM-CKD |
| Plaintiff, | |
| v. | **ORDER VACATING JUDGMENT DEBTOR EXAM** |
| JOSEPH R. DIAZ, | |
| Defendant. | |

[PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED THAT:

    The Judgment Debtor Exam currently set for November 14, 2023 is VACATED.

SO ORDERED.

Dated: October 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,empo.00489